AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chuang, Theodore D. | United States District Court, District of Maryland | 08/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | National Immigration Forum - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Asian American Lawyers Association of Massachusetts | 4/12/18-4/13/18 | Boston, MA | Annual Dinner Keynote Speaker/Award Recipient | Transportation, food, lodging |
| 2. | Connecticut Asian Pacific American Bar Association | 6/8/18-6/9/18 | Uncasville, CT | Keynote Speaker for NAPABA Northeast Regional Conference | Transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Mortgage on rental property, Brookline, MA | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Brookline, MA | E | Rent | O | W | | | | | |
| 2. Citibank Cash Accounts | A | Interest | O | T | | | | | |
| 3. Emigrant Direct Cash Account | A | Interest | K | T | | | | | |
| 4. Fidelity Dividend Growth Fund | D | Dividend | L | T | | | | | |
| 5. Lord Abbett Affiliated A Fund | E | Dividend | N | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. - Dreyfus International Stock Index Fund | A | Dividend | K | T | | | | | |
| 8. - Dreyfus Mid Cap Index Fund | D | Dividend | K | T | | | | | |
| 9. - Janus Henderson Global Research Fund | B | Dividend | K | T | | | | | |
| 10. - Janus Henderson Growth & Income Fund | B | Dividend | K | T | | | | | |
| 11. - Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 12. - Oakmark Fund | D | Dividend | L | T | | | | | |
| 13. - Schwab S&P 500 Fund | B | Dividend | L | T | | | | | |
| 14. - Schwab Small Cap Index Fund | C | Dividend | K | T | | | | | |
| 15. Brokerage Account #2 (H) | | | | | | | | | |
| 16. - Schwab 1000 Fund | D | Dividend | L | T | | | | | |
| 17. - Schwab Core Equity Fund | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - AT&T (X) | A | Dividend | J | T | | | | | |
| 19.   Brokerage Account #3 (H) | | | | | | | | | |
| 20.   - Cisco Systems stock | A | Dividend | J | T | | | | | |
| 21.   - Invesco Diversified Dividend A | C | Dividend | K | T | | | | | |
| 22.   - Microsoft Corporation stock | A | Dividend | K | T | | | | | |
| 23.   - Invesco QQQ Trust (formerly PowerShares QQQ) | A | Dividend | K | T | | | | | |
| 24.   IRA #1 (H) | | | | | | | | | |
| 25.   - Janus Henderson Growth & Income Fund | A | Dividend | J | T | | | | | |
| 26.   - Oakmark Fund | A | Dividend | J | T | | | | | |
| 27.   - Schwab 1000 Fund | B | Dividend | K | T | | | | | |
| 28.   IRA #2 (H) | | | | | | | | | |
| 29.   - Columbia Energy & Natural Resources Fund | A | Dividend | J | T | | | | | |
| 30.   - Oakmark Fund | B | Dividend | K | T | | | | | |
| 31.   - Schwab 1000 Fund | B | Dividend | K | T | | | | | |
| 32.   - Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 33.   IRA #3 (H) | | | | | | | | | |
| 34.   -Fidelity Freedom 2030 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 36.  IRA#4 (H) | | | | | | | | | |
| 37.  -Fidelity Freedom 2030 | A | Dividend | J | T | | | | | |
| 38.  -Fidelity Freedom 2035 | B | Dividend | K | T | | | | | |
| 39.  IRA#5 (H) | | | | | | | | | |
| 40.  - Vanguard Life Strategy Growth Fund | C | Dividend | L | T | | | | | |
| 41.  My 529 Age Based Aggressive Global | D | Dividend | N | T | | | | | |
| 42.  Maryland College Investment Plan Portfolio 2024 | | None | M | T | | | | | |
| 43.  Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 44.  U.S. Govt. Securities Series EE Bonds | | None | L | T | | | | | |
| 45.  401(k) #1 (H) | | | | | | | | | |
| 46.  John Hancock Multimanager 2035 Lifetime | | None | L | T | | | | | |
| 47.  IRA#6 (H) | | | | | | | | | |
| 48.  Schwab Bank | A | Interest | L | T | | | | | |
| 49.  AT&T (X) | A | Dividend | J | T | | | | | |
| 50.  Agilent Technologies (X) | A | Dividend | J | T | | | | | |
| 51.  Comcast Corporation (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ford Motor Co. (X) | A | Dividend | J | T | | | | | |
| 53. General Electric Co. (X) | A | Dividend | J | T | | | | | |
| 54. Keysight Tech, Inc. (X) | A | Dividend | J | T | | | | | |
| 55. Microsoft Corp. (X) | A | Dividend | J | T | | | | | |
| 56. Oracle Corp. (X) | A | Dividend | J | T | | | | | |
| 57. Walt Disney Co. (X) | A | Dividend | J | T | | | | | |
| 58. Aberdeen Int'l Equity Fund (X) | A | Dividend | J | T | | | | | |
| 59. Federated Kaufmann Fund (X) | D | Dividend | K | T | | | | | |
| 60. Schwab S&P 500 Index Fund (X) | A | Dividend | K | T | | | | | |
| 61. Schwab Small Cap Index Fund (X) | A | Dividend | J | T | | | | | |
| 62. IRA #7 (H) | | | | | | | | | |
| 63. Morgan Stanley Private Bank (X) | A | Interest | J | T | | | | | |
| 64. Morgan Stanley Bank (X) | A | Interest | N | T | | | | | |
| 65. IShares MSCI EMU ETF (EZU) (X) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 66. Healthcare Select Sector SPDR Fund (XLV) (X) | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 67. Cons Discret Select Sector SPDR Fund (XLY) (X) | A | Dividend | | | Sold (part) | 10/09/18 | J | | |
| 68. | | | | | Sold | 12/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The Financial Select Sector SPDR Fund (XLF) (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 70. The Technology Select Sector SPDR Fund (XLK) (X) | A | Dividend | | | Sold | 10/09/18 | J | A | |
| 71. Invesco QQQ TR (QQQ) (X) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 72. SPDR S&P 500 ETF Trust (SPY) (X) | A | Dividend | | | Buy (add'l) | 05/10/18 | J | | |
| 73. | | | | | Sold | 12/20/18 | J | | |
| 74. IShares Nasdaq Biotech ETF (IBB) (X) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 75. IShares S&P Midcap 400 Index Fund (IJH) (X) | A | Dividend | | | Sold | 10/29/18 | J | | |
| 76. IShares SP Smallcap 600 Index Fund (IJR) (X) | A | Dividend | | | Sold | 10/26/18 | J | | |
| 77. Wells Fargo & Co New (WFC) (X) | A | Dividend | J | T | | | | | |
| 78. Honeywell International, Inc. common stock (HON) (X) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 79. IShares MSCI Emerging Mkts ETF (EEM) (X) | A | Dividend | | | Sold (part) | 06/26/18 | J | | |
| 80. | | | | | Sold | 10/11/18 | J | | |
| 81. IShares Russell Midcap ETF (IWR) (X) | A | Dividend | | | Sold | 05/10/18 | J | | |
| 82. IShares Select Dividend ETF (DVY) (X) | A | Dividend | | | Sold | 12/21/18 | J | | |
| 83. Lululemon Athletica, Inc. common stock (LULU) (X) | | None | | | Sold | 12/19/18 | J | B | |
| 84. SPDR S&P Bank ETF (KBE) (X) | A | Dividend | | | Sold (part) | 10/18/18 | J | | |
| 85. | | | | | Sold | 10/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR S&P Dividend Fund (SDY) (X) | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 87. SPDR S&P Biotech Fund (XBI) (X) | A | Dividend | | | Sold (part) | 10/11/18 | J | | |
| 88. | | | | | Sold | 10/22/18 | J | | |
| 89. SPDR S&P Regional Banking ETF (KRE) (X) | A | Dividend | | | Sold | 10/19/18 | J | | |
| 90. IShares MSCI China ETF (MCHI) (X) | A | Dividend | J | T | Sold (part) | 08/06/18 | J | | |
| 91. ALPS Sector Dividend DOGS (SDOG) (X) | A | Dividend | | | Sold | 05/10/18 | J | | |
| 92. IShares US Home Construction ETF (ITB) (X) | A | Dividend | | | Sold (part) | 04/25/18 | J | | |
| 93. | | | | | Sold (part) | 05/09/18 | J | | |
| 94. | | | | | Sold (part) | 05/10/18 | J | | |
| 95. | | | | | Sold | 05/18/18 | J | | |
| 96. IShares US Aerospace & Def ETF (ITA) (X) | A | Dividend | | | Buy (add'l) | 05/10/18 | J | | |
| 97. | | | | | Sold | 12/19/18 | J | | |
| 98. Wisdomtree Trust Japan Hedge EQ (DXJ) (X) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 99. First Trust DJ Internet (FDN) (X) | | None | | | Sold | 10/29/18 | J | A | |
| 100. IShares MSCI Asia Ex-Japan ETF (AAXJ) (X) | A | Dividend | | | Sold | 10/09/18 | J | | |
| 101. Vaneck Vectors ETF Semicond (SMH) (X) | | None | | | Sold | 10/26/18 | J | | |
| 102. Vaneck Vectors ETF Russia (RSX) (X) | A | Dividend | | | Sold | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Alibaba Group HLDG Ltd. common stock (BABA) (X) | | None | J | T | | | | | |
| 104. Invesco Equal Weighted S&P 500A (VADAX) (X) | | None | | | Sold | 05/10/18 | J | A | |
| 105. Prudential Health Sci A (PHLAX) (X) | | None | | | Sold | 02/28/18 | J | | |
| 106. Pioneer High Yield A (TAHYX) (X) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 107. Amgen, Inc. comon stock (AMGN) (X) | B | Dividend | L | T | | | | | |
| 108. Apple, Inc. common stock (AAPL) (X) | A | Dividend | J | T | Buy (add'l) | 08/20/18 | J | | |
| 109. | | | | | Sold (part) | 11/20/18 | J | | |
| 110. Applied Materials, Inc. common stock (AMAT) (X) | A | Dividend | K | T | | | | | |
| 111. Walmart, Inc. (WMT) (X) | A | Dividend | | | Sold | 05/10/18 | J | | |
| 112. PGIM Jenn Health Sciences Z (PHSZX) | | None | | | Buy | 02/28/18 | J | | |
| 113. | | | | | Sold | 12/19/18 | J | | |
| 114. Energy Select Sector SPDR Fund (XLE) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 115. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 116. | | | | | Sold | 10/26/18 | J | | |
| 117. Marathon Petroleum Corp common stock (MPC) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 118. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 119. | | | | | Sold | 10/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Cisco Systems, Inc. common stock (CSCO) | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 121.  Congress Midcap Growth Instl (IMIDX) | A | Dividend | | | Buy | 09/17/18 | J | | |
| 122. | | | | | Sold | 12/21/18 | J | | |
| 123.  Invesco Prem US Govt MNY Inst.(IUGXX) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 124.  Cons Staples Sel Sect SPDR Fund (XLP) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 125. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 126. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 127.  IShares MSCI Brazil ETF (EWZ) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 128. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 129.  Comm Serv Select Sector SPDR (XLC) | | None | | | Buy | 10/09/18 | J | | |
| 130. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 131. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 132. | | | | | Sold | 12/20/18 | J | | |
| 133.  Philip Morris Int'l, Inc. common stock (PM) | | None | | | Buy | 11/07/18 | J | | |
| 134. | | | | | Sold | 12/19/18 | J | | |
| 135.  Goldman Sachs Group, Inc. (GS) common stock | A | Dividend | | | Buy | 11/07/18 | J | | |
| 136. | | | | | Sold | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Utilities Sel Sect SPDR Fund (XLU) | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 138. Walgreens Boots Alliance, Inc. common stock (WBA) | A | Dividend | J | T | Buy | 11/07/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 08/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore D. Chuang**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544